UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON D. MARSHALL, an individual aka Trent D. Farmer DEMARIO D. DRIVER, an individual aka "Symba"<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN HUFFMAN IV, REAL CONTENT MEDIA GROUP; MARIAH CAREY, an individual; ISLAND DEF JAM MUSIC GROUP, A DIV. OF UMG RECORDINGS, INC., TERIUS YOUNGDELL NASH, an individual aka THE-DREAM; CARLOS MCKINNEY, an individual; and Does 1-50.<br><br>Defendants. | Case No. C 10-01665 SI<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S REQUEST TO SERVE DEFENDANTS BY PUBLICATION**<br><br>Hon. Susan Illston<br><br>Action filed: April 19, 2010<br>Trial date: Not scheduled |

Based upon the declaration of Brittany S. Armstrong:

IT IS ORDERED that the service of the summons in this action be made upon defendant(S) _____ by publication thereof in _____ a newspaper of general circulation published at _____, California and that said publication be made at least once a week for four successive weeks.

IT IS FURTHER ORDERED that a copy of said summons, _____ and of said complaint or petition in this action be forthwith deposited in the United States Post Office, postage prepaid, directed to said defendant, respondent, or citee if his address is ascertained before expiration of the time

[PROPOSED] ORDER RE REQUEST TO SERVE DEFENDANTS BY PUBLICATION

1  prescribed for the publication of this summons, citation or notice of hearing. A declaration of this mailing,
2  or of the fact that the address was not ascertained, must be filed at the expiration of the time prescribed for
3  the publication.
4  DATED: 8/30/10

   _____
   HONORABLE SUSAN ILLSTON