United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRESTON D. MARSHALL, *et al.*,

        Plaintiffs,

  v.

JOHN HUFFMAN IV, *et al.*,

        Defendant.

                         /

No. C 10-1665 SI

**ORDER DENYING KEVIN B. WILLIAMS' APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

Kevin B. Williams has filed a notice of appeal of this Court's September 7, 2010 Order Denying Kevin B. Williams' Motion to Intervene and Denying Mr. Williams' Motion to File a Motion for Sanctions. Mr. Williams has filed an application to proceed *in forma pauperis* on appeal. (Docket No. 24). Mr. Williams' application states, *inter alia*, that he receives a monthly pension of $2,000. The Court DENIES the application to proceed *in forma pauperis* because it appears Mr. Williams can afford the $455 filing fee.

**IT IS SO ORDERED.**

Dated: October 1, 2010

                                     SUSAN ILLSTON
                                     United States District Judge