JEFFREY G. KNOWLES (State Bar No. 129754)
JULIA D. GREER (State Bar No. 200479)
DAVID MEHRETU (State Bar No. 269398)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-jgk@cpdb.com,
         ef-jdg@cpdb.com,
         ef-dxm@cpdb.com

Attorneys for Defendant, Island Def Jam Music Group, a Division of UMG Recordings, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PRESTON D. MARSHALL, an individual aka Trent D. Farmer, DEMARIO D. DRIVER, an individual aka "Symba",<br><br>Plaintiffs,<br><br>v.<br><br>JOHN HUFFMAN IV, REAL CONTENT MEDIA GROUP; MARIAH CAREY, an individual; ISLAND DEF JAM MUSIC GROUP, A DIV. OF UMG RECORDINGS, INC.; TERIUS YOUNGDELL NASH, an individual aka THE-DREAM; CARLOS MCKINNEY, an individual; and Does 1-50,<br><br>Defendants. | Case No. C 10-01665 SI<br><br>**STIPULATION TO EXTEND HEARING DATE ON ISLAND DEF JAM MUSIC GROUP'S PENDING MOTIONS TO DISMISS AND TO STRIKE; STAY OF DISCOVERY**<br><br>Judge: Hon. Susan Illston<br>Date: Dec. 9, 2010<br>Time: 9:00 a.m.<br>Courtroom: 10, 19th Floor |

14299.001.1576057v1

Case No. C 10-01665 SI

**STIPULATION**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1  Plaintiffs Demario D. Driver and Preston D. Marshall ("Plaintiffs") and Defendant Island
2  Def Jam Music Group, A Division of UMG Recordings, Inc. ("Island Def Jam"), stipulate as
3  follows:

4  WHEREAS, Island Def Jam's Motion to Dismiss pursuant to Federal Rule of Civil
5  Procedure 12(b)(6), and Motion to Strike pursuant to Federal Rule of Civil Procedure 12(f) (the
6  "Pending Motions"), are currently set for hearing in this Court on November 2, 2010 at 9:00 a.m.;

7  WHEREAS, counsel for Plaintiffs has requested an extension of time to respond to Island
8  Def Jam's Pending Motions and to move the hearing to a later date;

9  WHEREAS, the Court has indicated that the next available hearing date is December 9,
10 2010;

11 WHEREAS, due to the nature of the pending motions and the status of service and
12 appearance of other defendants in this matter, the parties agree that discovery and disclosures
13 should be stayed pending the Court's decision on the Pending Motions;

14 THEREFORE, Plaintiffs and Island Def Jam stipulate and agree as follows:

15 1)   The hearing date on the Pending Motions shall be moved to December 9, 2010, at
16 9:00 a.m. in the above-referenced Courtroom;

17 2)   All discovery with respect to Island Def Jam, including Rule 26 disclosures, shall
18 be stayed pending the Court's resolution of the Pending Motions.

19 SO STIPULATED.

20 DATED: October 12, 2010                COBLENTZ, PATCH, DUFFY & BASS LLP

22                                         By:  /s/ Julia D. Greer
                                                Julia D. Greer
23                                              Attorneys for Defendant, Island Def Jam Music
                                                Group, a Division of UMG Recordings, Inc.

1  DATED: October 12, 2010                Brittany Starr Armstrong, Esq.

2

3                                          By:  /s/ Brittany Starr Armstrong
                                                Brittany Starr Armstrong
4                                               Attorney for Plaintiffs Preston D. Marshall and
                                                Demario D. Driver
5

6  SO ORDERED

7  DATED:  October     , 2010

8

9                                          _____
                                           Hon. Susan Illston, United States District Court
10                                         Judge

11  .

Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 · Fax 415.989.1663

14299.001.1576057v1                            2                        Case No. C 10-01665 SI

**STIPULATION**