DAVID R. OWENS—CA State Bar No. 180829
Email: dowens@owenstarabichi.com
BRUNO TARABICHI—CA State Bar No. 215129
Email: btarabichi@owenstarabichi.com
OWENS TARABICHI LLP
111 N. Market St., Suite 730
San Jose, California 95113
Telephone:    (408) 298-8200
Facsimile:    (408) 521-2203

Attorneys for Plaintiffs
Preston D. Marshall
Demario D. Driver

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRESTON D. MARSHALL and DEMARIO D. DRIVER,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN HUFFMAN IV, REAL CONTENT MEDIA GROUP; MARIAH CAREY, TERIUS YOUNGDELL NASH aka THE-DREAM, CARLOS MCKINNEY and DOES 1-50,<br><br>Defendants. | Case No. 3:10-CV-01665 SI<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS PRESTON D. MARSHALL AND DEMARIO D. DRIVER** |

PLEASE TAKE NOTICE that Plaintiffs Preston D. Marshall and Demario D. Driver have retained David R. Owens and Bruno Tarabichi of Owens Tarabichi LLP to represent them in this action and to substitute for their current counsel of record, Brittany Starr Armstrong. Henceforth, all pleadings, motions, notices, and other papers shall be served upon the following counsel for Plaintiffs:

> David R. Owens
> Owens Tarabichi LLP
> 111 N. Market St., Suite 730
> San Jose, California 95113
> Telephone:    (408) 298-8200
> Facsimile:    (408) 521-2203

1  Bruno Tarabichi
2  Owens Tarabichi LLP
   111 N. Market St., Suite 730
3  San Jose, California 95113
   Telephone:  (408) 298-8200
4  Facsimile:   (408) 521-2203
5

6      The undersigned parties, including Plaintiffs and their prior counsel, concur with this
7  substitution:
8
9  Date: _____           Respectfully Submitted,
10
11
12                                 _____
                                   Preston D. Marshall
13                                 Plaintiff
14
15
16 Date: 6/24/11                   Respectfully Submitted,
17
18                                 _____
19                                 Demario D. Driver
                                   Plaintiff
20
21
22 Date: _____           Respectfully Submitted,
23
24
25                                 _____
26                                 Brittany Starr Armstrong
                                   Prior Counsel
27
28

1  Bruno Tarabichi
2  Owens Tarabichi LLP
   111 N. Market St., Suite 730
3  San Jose, California 95113
   Telephone:  (408) 298-8200
4  Facsimile:  (408) 521-2203

5

6      The undersigned parties, including Plaintiffs and their prior counsel, concur with this
7  substitution:

8

9  Date: _____         Respectfully Submitted,

10

11

12                               _____
                                 Preston D. Marshall
13                               Plaintiff

14

15
                                 Respectfully Submitted,
16 Date: _____

17

18
                                 _____
19                               Demario D. Driver
                                 Plaintiff
20

21

22 Date: _____         Respectfully Submitted,

23

24
                                 _____
25                               Brittany Starr Armstrong
                                 Prior Counsel
26

27

28

owens tarabichi llp              2         Notice of Substitution of
Counselors At Law                          Plaintiffs' Counsel

---

28

owens tarabichi llp              3         Notice of Substitution of
Counselors At Law                          Plaintiffs' Counsel

1  Date: 7-7-11                          Respectfully Submitted,

2                                        **OWENS TARABICHI LLP**

3

4                                        _/s/ David R. Owens_

5                                        David R. Owens
                                         Bruno W. Tarabichi
6                                        111 N. Market St., Suite 730
                                         San Jose, CA  95113
7                                        Telephone:   (408) 298-8200
                                         Facsimile:   (408) 521-2203

8                                        Attorneys for Plaintiffs

9

10  The above substitution of counsel is hereby approved.

11
          IT IS SO ORDERED.
12

13

14  Dated:   7/14/11                     _/s/ Susan Illston_
                                         The Honorable Susan Illston
15

16

17

18

19

20

21

22

23

24

25

26

27

28