IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON D. MARSHALL, *et al.*, | No. C 10-1665 SI |
| Plaintiffs, | **ORDER GRANTING UNOPPOSED MOTION TO FILE FOURTH AMENDED COMPLAINT** |
| v. | |
| JOHN HUFFMAN IV, *et al.*, | |
| Defendants. | |

Plaintiffs' motion for leave to file a fourth amended complaint is scheduled for a hearing on October 28, 2011. No opposition to the motion has been filed. The Court GRANTS the motion and VACATES the hearing on the motion. Plaintiffs shall file the fourth amended complaint by October 17, 2011. The October 28, 2011 case management conference is VACATED and rescheduled to November 18, 2011 at 3:00 pm. **The Court expects that by the November 18, 2011 case management conference, all defendants will have been served with the fourth amended complaint**.

**IT IS SO ORDERED.**

Dated: October 13, 2011

SUSAN ILLSTON
United States District Judge