IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON D. MARSHALL, *et al.*, | No. C 10-1665 SI |
| Plaintiffs, | **ORDER DENYING KEVIN B. WILLIAMS' MOTION FOR ORDER GRANTING ECF REGISTRATION AND CONSENT TO ELECTRONICALLY FILE AND SERVE COURT PAPERS** |
| v. | |
| JOHN HUFFMAN IV, *et al.*, | |
| Defendants. | |

Kevin B. Williams has filed a motion "for order granting ECF registration and consent to electronically file and serve court papers." Docket No. 53. The Court previously denied Mr. Williams' motion to intervene in this case. Docket No. 26. Mr. Williams has appealed that order to the Ninth Circuit Court of Appeals.

Mr. Williams is neither a party nor an intervenor in this case, and thus he does not qualify for ECF registration. Accordingly, Mr. Williams' motion is DENIED.

**IT IS SO ORDERED.**

Dated: October 18, 2011

SUSAN ILLSTON
United States District Judge