1   **DAVID R. OWENS**, State Bar No. 180829
    dowens@owenstarabichi.com
2   **BRUNO W. TARABICHI**, State Bar No. 215129
    btarabichi@owenstarabichi.com
3   **OWENS TARABICHI LLP**
    111 N. Market St., Suite 730
4   San Jose, California 95113
    Telephone:   408.298.8200
5   Facsimile:    408.521.2203

6   Attorneys for Plaintiff
    Preston D. Marshall
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   PRESTON D. MARSHALL, an individual,
                                                    Case No. 3:10-cv- 01665-SI
13                      Plaintiff,
                                                    **STIPULATION TO CONTINUE HEARING
14               vs.                                ON PLAINTIFF'S MOTION FOR LEAVE
                                                    TO FILE FOURTH AMENDED
15   JOHN HUFFMAN IV, an individual;                COMPLAINT AND CASE MANAGEMENT
     REAL CONTENT GROUP, LLC, a                     CONFERENCE FROM DECEMBER 16,
16   California limited liability company;          2011 TO JANUARY 13, 2012**
     CARLOS MCKINNEY, an individual aka
17   Los DaMystro; TERIUS YOUNGDELL
     NASH, an individual aka THE-DREAM;              Date:        Friday, December 16, 2011
18   UMG RECORDINGS, INC., a Delaware               Time:        9:00 a.m.
     corporation dba Island Def Jam Music           Courtroom: 10, 19th Floor
19   Group; MARIAH CAREY, an individual;           Judge:       Hon. Susan Illston
     and DOES 1 – 50, inclusive,
20
                       Defendants.
21

22

23

24

25

26

27

28

owens tarabichi llp                                              STIPULATION
Counselors At Law                                           (CASE NO. 3:10-CV-01665-SI)

1       Pursuant to Local Rule 6-2(a), Plaintiff Preston D. Marshall and Defendant UMG

2   Recordings, Inc., through their respective attorneys, hereby stipulate to a request for an order

3   continuing the date of the hearing on Plaintiff's Motion for Leave to File a Fourth Amended

4   Complaint from December 16, 2011 at 9:00 a.m. to January 13, 2012 at 9:00 a.m. and continuing

5   the case management conference ("CMC") from December 16, 2011 at 3:00 p.m. to January 13,

6   2012 at 3:00 p.m.  The request is being made at the request of Plaintiff's counsel due to a

7   scheduling conflict, and UMG's counsel has graciously agreed to stipulate to the request.  Good

8   cause exists for this requested continuance for the reasons detailed below.  This Stipulation is

9   supported by the accompanying Declaration of Bruno Tarabichi as required by Local Rule 6-2(a).

10      **1.  *Plaintiff's counsel have prior scheduled motion hearings on the same date and time***

11      On November 2, 2011, the Court issued an Order setting a hearing date on Plaintiff's

12   Motion for Leave for December 16, 2011 at 9:00 a.m.  Before the Court issued such Order,

13   Plaintiff's counsel had two separate motions scheduled to be heard on December 16, 2011 at 9:00

14   a.m. in another case in San Jose, one of which Mr. Owens would be handling and one of which

15   Mr. Tarabichi would be handling.  Between this Court's November 2, 2011 Order and today,

16   December 2, 2011, Plaintiff's counsel had hoped that the other case would settle as there had

17   been a mediation and ongoing settlement discussions, which would have obviated the conflict and

18   the need for this Stipulation.  As the other hearings were scheduled well before this Court issued

19   its November 2, 2011 Order, Plaintiff's counsel is respectfully requesting that the hearing in this

20   case be moved.  Moving the hearings in the other case will be more difficult and burdensome

21   because, among other things, the assigned judge's calendar is booked until February 2012,

22   whereas the hearing in this case could be rescheduled as soon as January 13, 2012 (noting that the

23   Court is unavailable on December 30 and January 6), and the other motions involve discovery

24   issues that need to be urgently resolved in the other case.

25      **2.  *If the hearing is moved, it makes sense to move the CMC as well***

26      Although Plaintiff's counsel do not have a scheduling conflict with the case management

27   conference scheduled for December 16, 2011 at 3:00 p.m., it would be more efficient and make

28   sense to move the CMC as well to January 13, 2012 at 3:00 p.m.  If the hearing on Plaintiff's

owens tarabichi llp
Counselors At Law

STIPULATION
(CASE NO. 3:10-CV-01665-SI)

1   Motion for Leave is continued, then the issue of whether Plaintiff can file its proposed Fourth

2   Amended Complaint will not be resolved until January 13, 2012 or as soon thereafter as the Court

3   decides the motion.  This means that the parties will not know whether UMG will be a defendant

4   or not by the date currently set for the CMC.  It also means that no other defendants will have

5   been served by this date since the Fourth Amended Complaint will not have been filed, and

6   accordingly, no other defendants will participate in the CMC.  As such, it makes sense to move

7   the case management conference until after the Court has addressed Plaintiff's Motion for Leave.

8                                              ***

9          For all the foregoing reasons, Plaintiff and UMG respectfully request that the Court

10  continue the date of the hearing on Plaintiff's Motion for Leave to File a Fourth Amended

11  Complaint from December 16, 2011 at 9:00 a.m. to January 13, 2012 at 9:00 a.m. and continue

12  the CMC from December 16, 2011 at 3:00 p.m. to January 13, 2012 at 3:00 p.m.

13

14  Dated:  December 2, 2011                    Respectfully submitted,

15                                              OWENS TARABICHI LLP

16

17                                              By ___/s/  Bruno W. Tarabichi_____
                                                     David R. Owens
18                                                   Bruno W. Tarabichi
                                                     Attorneys for Plaintiff
19                                                   Preston D. Marshall

20

21  Dated:  December 2, 2011                    Respectfully submitted,

22                                              COBLENTZ, PATCH, DUFFY & BASS LLP

23

24                                              By ___/s/  Julia D. Greer_____
                                                     Julia D. Greer
25                                                   Attorneys for Defendant
                                                     UMG Recordings, Inc.

26

27

28

1    **DAVID R. OWENS**, State Bar No. 180829
     dowens@owenstarabichi.com
2    **BRUNO W. TARABICHI**, State Bar No. 215129
     btarabichi@owenstarabichi.com
3    **OWENS TARABICHI LLP**
     111 N. Market St., Suite 730
4    San Jose, California 95113
     Telephone:   408.298.8200
5    Facsimile:   408.521.2203

6    Attorneys for Plaintiff
     Preston D. Marshall
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   PRESTON D. MARSHALL, an individual,
                                                Case No. 3:10-cv- 01665-SI
13                    Plaintiff,
                                                **TARABICHI DECLARATION IN**
14           vs.                                **SUPPORT OF STIPULATION TO**
                                                **CONTINUE HEARING ON PLAINTIFF'S**
15   JOHN HUFFMAN IV, an individual;            **MOTION FOR LEAVE TO FILE FOURTH**
     REAL CONTENT GROUP, LLC, a                 **AMENDED COMPLAINT AND CASE**
16   California limited liability company;      **MANAGEMENT CONFERENCE FROM**
     CARLOS MCKINNEY, an individual aka         **DECEMBER 16, 2011 TO JANUARY 13,**
17   Los DaMystro; TERIUS YOUNGDELL             **2012**
     NASH, an individual aka THE-DREAM;
18   UMG RECORDINGS, INC., a Delaware
     corporation dba Island Def Jam Music       Date:      Friday, December 16, 2011
19   Group; MARIAH CAREY, an individual;        Time:      9:00 a.m.
     and DOES 1 – 50, inclusive,                Courtroom: 10, 19th Floor
20                                              Judge:     Hon. Susan Illston
                      Defendants.
21

22

23

24

25

26

27

28

owens tarabichi llp                                      TARABICHI DECLARATION
  Counselors At Law                                      (CASE NO. 3:10-CV-01665-SI)

1    I, BRUNO TARABICHI, declare as follows:

2    1.    I am an attorney at law, duly admitted into practice before all courts for the State

3    of California.  I am a partner in the law firm of Owens Tarabichi LLP, counsel for Plaintiff

4    Preston D. Marshall.  I make this Declaration in support of the Stipulation to Continue Hearing on

5    Plaintiff's Motion for Leave to File Fourth Amended Complaint and Case Management

6    Conference from December 16, 2011 to January 13, 2012.  The matters set forth herein are of my

7    own personal knowledge, and if called upon to testify as to such matters, I could and would do so.

8    2.    On November 2, 2011, the Court issued an Order setting a hearing date on

9    Plaintiff's Motion for Leave for December 16, 2011 at 9:00 a.m.  Before the Court issued such

10   Order, Plaintiff's counsel had two separate motions scheduled to be heard on December 16, 2011

11   at 9:00 a.m. in another case in San Jose, one of which Mr. Owens would be handling and one of

12   which I would be handling.  Between this Court's November 2, 2011 Order and today, December

13   2, 2011, we had hoped that the other case would settle as there had been a mediation and ongoing

14   settlement discussions, which would have obviated the conflict and this Stipulation.  As the other

15   hearings were scheduled well before this Court issued its November 2, 2011 Order, we are

16   respectfully requesting that the hearing in this case be moved.  Moving the hearings in the other

17   case will be more difficult and burdensome because, among other things, the assigned judge's

18   calendar is booked until February 2012, whereas the hearing in this case could be rescheduled as

19   soon as January 13, 2012 (noting that the Court is unavailable on December 30 and January 6),

20   and the other motions involve discovery issues that need to be urgently resolved in the other case.

21   3.    Although Plaintiff's counsel do not have a scheduling conflict with the case

22   management conference scheduled for December 16, 2011 at 3:00 p.m., it would be more

23   efficient and make sense to move the case management conference as well to January 13, 2012 at

24   3:00 p.m.  If the hearing on Plaintiff's Motion for Leave is continued, then the issue of whether

25   Plaintiff can file its proposed Fourth Amended Complaint will not be resolved until on December

26   16, 2011.  This means that the parties will not know whether UMG will be a defendant or not, and

27   it also means that no other defendants will have been served since the Fourth Amended

28

owens tarabichi llp
Counselors At Law

1

TARABICHI DECLARATION
(CASE NO. 3:10-CV-01665-SI)

1   Complaint will not have been filed yet.  As such, it makes sense to move the case management

2   conference until after the Court has addressed Plaintiff's Motion for Leave.

3         4.       With regard to Local Rule 6-2(a)(2), this is the first requested time modification of

4   the Court's November 2, 2011 Order setting the hearing and case management conference for

5   December 16, 2011.

6         5.       With regard to Local Rule 6-2(a)(3), the requested time modification will not

7   affect the timing of the briefing schedule for Plaintiff's Motion for Leave.  It will only move the

8   hearing date from December 16, 2011 to January 13, 2012.  Likewise, moving the case

9   management conference will not have an affect on the schedule for the case other than delaying

10  the case management conference from December 16, 2011 to January 13, 2012.

11

12         I declare under penalty of perjury under the laws of the State of California that the

13  foregoing is true and correct.

14         Executed December 2, 2011 at San Jose, California.

15

16                                                      

17                                           Bruno Tarabichi

18

19

20

21

22

23

24

25

26

27

28

owens tarabichi llp
Counselors At Law

2                                    TARABICHI DECLARATION
                                     (CASE NO. 3:10-CV-01665-SI)

1 | **DAVID R. OWENS**, State Bar No. 180829
dowens@owenstarabichi.com
2 | **BRUNO W. TARABICHI**, State Bar No. 215129
btarabichi@owenstarabichi.com
3 | **OWENS TARABICHI LLP**
111 N. Market St., Suite 730
4 | San Jose, California 95113
Telephone:   408.298.8200
5 | Facsimile:    408.521.2203

6 | Attorneys for Plaintiff
Preston D. Marshall
7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 |

12 | PRESTON D. MARSHALL, an individual,

Case No. 3:10-cv- 01665-SI

13 | Plaintiff,

14 | vs.

**[PROPOSED] ORDER GRANTING
STIPULATION TO CONTINUE HEARING
ON PLAINTIFF'S MOTION FOR LEAVE
TO FILE FOURTH AMENDED
COMPLAINT AND CASE MANAGEMENT
CONFERENCE FROM DECEMBER 16,
2011 TO JANUARY 13, 2012**

15 | JOHN HUFFMAN IV, an individual;
REAL CONTENT GROUP, LLC, a
16 | California limited liability company;
CARLOS MCKINNEY, an individual aka
17 | Los DaMystro; TERIUS YOUNGDELL
NASH, an individual aka THE-DREAM;
18 | UMG RECORDINGS, INC., a Delaware
corporation dba Island Def Jam Music
19 | Group; MARIAH CAREY, an individual;
and DOES 1 – 50, inclusive,
20 |

Date:         Friday, December 16, 2011
Time:        9:00 a.m.
Courtroom: 10, 19th Floor
Judge:      Hon. Susan Illston

Defendants.

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

owens tarabichi llp
Counselors At Law

[PROPOSED] ORDER
(CASE NO. 3:10-CV-01665-SI)

1    Having read and considered Plaintiff and UMG's to Stipulation to Continue Hearing on

2    Plaintiff's Motion for Leave to File Fourth Amended Complaint and Case Management

3    Conference from December 16, 2011 to January 13, 2012, and good cause appearing, the Court

4    hereby grants the Stipulation and

5    IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Leave to File a

6    Fourth Amended Complaint is continued from December 16, 2011 at 9:00 a.m. to January 13,

7    2012 at 9:00 a.m. and the case management conference is continued from December 16, 2011 at

8    3:00 p.m. to January 13, 2012 at 3:00 p.m

9

10   Dated: _____12/6/11_____    _____

11                                     Honorable Susan Illston

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

owens tarabichi llp
Counselors At Law

1                          [PROPOSED] ORDER
                           (CASE NO. 3:10-CV-01665-SI)