IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON D. MARSHALL, | No. C 10-01665 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| JOHN HUFFMAN IV, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 25, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT LIABILITY DISCOVERY CUTOFF is March 29, 2013. (including basic revenue figures)

DESIGNATION OF LIABILITY EXPERTS By Pltf.: 3/29/13; LIABILITY EXPERTS By Deft.: 4/26/13, RESPONSIVE LIABILITY EXPERTS By Pltf.: 5/17/13.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 14, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by July 26, 2013 ;

    Opp. Due August 9, 2013; Reply Due August 16, 2013;

    and set for hearing no later than August 30, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 18, 2014 at 3:30 PM.

JURY TRIAL DATE: March 3, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall file a stipulation regarding a mediation process by 9/28/12.
The Court requested that counsel email a copy of the MP3 songs "Are You the One" and "My Love".

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/17/12

SUSAN ILLSTON
United States District Judge