Sandra A. Crawshaw-Sparks (admitted *pro hac vice*)
scrawshaw@proskauer.com
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

Robert D. Forbes (State Bar No. 275611)
rforbes@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Attorneys for Defendant and Cross-Defendant Terius Youngdell Nash

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PRESTON MARSHALL, an individual,

Plaintiff,

v.

JOHN HUFFMAN IV, an individual; REAL CONTENT GROUP, LLC, a California limited liability company; CARLOS MCKINNEY, an individual aka Los DaMystro; TERIUS YOUNGDELL NASH, an individual aka The-Dream; UMG RECORDINGS, INC., a Delaware corporation d/b/a Island Def Jam Music; MARIAH CAREY, an individual; and DOES 1 through 50, inclusive,

Defendants.

JOHN HUFFMAN IV,

Cross-Complainant,

v.

CARLOS MCKINNEY, an individual (aka “Los”); TERIUS YOUNGDELL NASH, an individual (aka “The Dream”); UMG RECORDINGS, INC., a Delaware corporation d/b/a Island Def Jam Music; MARIAH CAREY, an individual; and DOES 1 through 50, inclusive,

Cross-Defendants.

Case No. CV 10-01665 SI

**STIPULATION TO EXTEND TIME FOR CROSS-CLAIM DEFENDANTS TERIUS YOUNGDELL NASH, UMG RECORDINGS, INC., AND MARIAH CAREY TO RESPOND TO CROSS-COMPLAINT**

Cross-Complaint served: September 12, 2012
New response date: November 5, 2012

Defendant and Cross-Complainant JOHN HUFFMAN IV ("Cross-Complanant"), and Defendants and Cross-Defendants TERIUS YOUNGDELL NASH, UMG RECORDINGS, INC., and MARIAH CAREY (collectively, "Cross-Defendants"), by and through their respective counsel submit this stipulated motion to extend time for Cross-Defendants to respond to the Cross-Complaint.

Cross-Complainant filed the Cross-Complaint on September 12, 2012. The parties agree that Cross-Defendants shall have up to and including November 5, 2012 to file a response to the Cross-Complaint.

RESPECTFULLY SUBMITTED this 28th day of September, 2012.

Dated: September 28, 2012

Respectfully submitted,

LAW OFFICES OF PAUL N. PHILIPS, APLC

By /s/ Paul N. Phillips
Paul N. Phillips
Attorneys for Defendant
John Huffman IV

Dated: September 28, 2012

Respectfully submitted,

PROSKAUER ROSE LLP

By /s/ Sandra A. Crawshaw-Sparks
Sandra A. Crawshaw-Sparks
Robert D. Forbes
Attorneys for Defendant
Terius Youngdell Nash

Dated: September 28, 2012

Respectfully submitted,

COBLENTZ, PATCH, DUFFY & BASS LLP

By /s/ Julia D. Greer
Jeffrey G. Knowles
Julia D. Greer
Attorneys for Defendant
UMG Recordings, Inc.




Dated: September 28, 2012

Respectfully submitted,

PRYOR CASHMAN LLP

By /s/ Ilene S. Farkas
Ilene S. Farkas
Michael J. Niborski
Attorneys for Defendant
Mariah Carey

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2012, I electronically transmitted the above document to the Clerk's Office of the United States District Court using the CM/ECF System for filing, and that the CM/ECF System will send a copy via electronic notice to all registered ECF participants.

/s/ Lorena Ramirez