# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON MARSHALL, an individual,<br>    Plaintiff,<br>v.<br>JOHN HUFFMAN IV, an individual; REAL CONTENT GROUP, LLC, a California limited liability company; CARLOS MCKINNEY, an individual aka Los DaMystro; TERIUS YOUNGDELL NASH, an individual aka The-Dream; UMG RECORDINGS, INC., a Delaware corporation d/b/a Island Def Jam Music; MARIAH CAREY, an individual; and DOES 1 through 50, inclusive,<br>    Defendants. | Case No. CV 10-01665 SI<br><br>**JOINT STIPULATION OF DISMISSAL OF CROSS-CLAIMS**<br><br>Cross-Complaint served: September 12, 2012<br>Response date: November 5, 2012 |
| JOHN HUFFMAN IV,<br>    Cross-Complainant,<br>v.<br>CARLOS MCKINNEY, an individual (aka "Los"); TERIUS YOUNGDELL NASH, an individual (aka "The Dream"); UMG RECORDINGS, INC., a Delaware corporation d/b/a Island Def Jam Music; MARIAH CAREY, an individual; and DOES 1 through 50, inclusive,<br>    Cross-Defendants. | |



IT IS SO ORDERED
Judge Susan Illston

  IT IS HEREBY STIPULATED AND AGREED by and between Defendant and Cross-Complainant JOHN HUFFMAN IV ("Cross-Complainant"), and Defendants and Cross-Defendants TERIUS YOUNGDELL NASH, UMG RECORDINGS, INC., and MARIAH CAREY (collectively, "Cross-Defendants"), by and through their respective and undersigned counsel, that the above-captioned Cross-Complaint and all causes of action that were or could have been asserted

7642/54439-003 current/32478702v3

therein be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

RESPECTFULLY SUBMITTED this 5th day of November, 2012.

Dated: November 5, 2012

Respectfully submitted,

PETER LAW GROUP

By /s/ Arnold P. Peter
Arnold P. Peter
Attorneys for Defendant
John Huffman IV

Dated: November 5, 2012

Respectfully submitted,

PROSKAUER ROSE LLP

By /s/ Sandra A. Crawshaw-Sparks
Sandra A. Crawshaw-Sparks
Robert D. Forbes
Attorneys for Defendant
Terius Youngdell Nash

Dated: November 5, 2012

Respectfully submitted,

COBLENTZ, PATCH, DUFFY & BASS LLP

By /s/ Julia D. Greer
Jeffrey G. Knowles
Julia D. Greer
Attorneys for Defendant
UMG Recordings, Inc.

Dated: November 5, 2012

Respectfully submitted,

PRYOR CASHMAN LLP

By /s/ Ilene S. Farkas
Ilene S. Farkas
Michael J. Niborski
Attorneys for Defendant
Mariah Carey

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2012, I electronically transmitted the above document to the Clerk's Office of the United States District Court using the CM/ECF System for filing, and that the CM/ECF System will send a copy via electronic notice to all registered ECF participants.


/s/ Lorena Ramirez

7642/54439-003 current/32478702v3