1  Arnold P. Peter (SBN: 120091)
   apeter@peterlawgroup.com
2  Maurice D. Pessah (SBN: 275955)
   mpessah@peterlawgroup.com
3  **PETER LAW GROUP**
   9100 Wilshire Blvd., Suite 880W
4  Beverly Hills, CA  90212
   Telephone:  (310) 277-0010
5  Facsimile:  (310) 432-0599

6  Attorneys for Defendants and
   Counter-Complainant
7  REAL CONTENT GROUP LLC.

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  PRESTON MARSHALL, an individual,        ) Case No.   3:10-CV-01665-SI
                                            )
14          Plaintiff,                      )
       vs.                                  ) **ORDER UPON STIPULATION TO SET**
15                                          ) **ASIDE DEFAULT AND TO ALLOW THE**
    JOHN HUFFMAN IV, et al.,                ) **ANSWER AND COUNTER CLAIMS TO**
16                                          ) **BE FILED BY REAL CONTENT GROUP**
           Defendants.                      ) **LLC. TO STAND**
17                                          )
    _____     )
18                                          )
    AND RELATED COUNTER CLAIMS              )
19  _____     )

20

21

22

23

24  **GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING**

25  **STIPULATED TO THE SAME,** the Court finds that the above-stated  STIPULATION  is

26  sanctioned by the Court and shall be and now is the Order of the Court.  The Default

27  entered against REAL CONTENT GROUP LLC on July 26, 2012, is hereby set aside, and

28

PETER LAW GROUP, APC
ATTORNEYS AT LAW
BEVERLY HILLS

Case No. 3:10-CV-01665-SI
Stipulation to set aside Default and
to allow Answer to be Filed

the Answer to Complaint filed by Defendant REAL CONTENT GROUP LLC. will stand as the Answer to the Fourth Amended Complaint filed January 12, 2012.

**IT IS SO ORDERED.**

Dated: 2/12/13 _____

**UNITED STATES MA~~GISTRA~~TE JUDGE**

PETER LAW GROUP, APC  
ATTORNEYS AT LAW  
BEVERLY HILLS

NSD\142075.1

2

Case No. 10-CV-03740-JSW  
Stipulation to set aside default and  
to allow the answer to stand