UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

PRESTON D. MARSHALL,

    Plaintiff,

    v.

JOHN HUFFMAN, et al.,

    Defendants.

No. C 10-1665 SI

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: April 10, 2013
Mediator: William Hebert

    Before the court are two requests to allow defendants UMG Recordings and Mariah Carey to appear telephonically at the mediation scheduled for April 10, 2013, before William Hebert. Having considered the requests, the court finds that neither of the defendants has made adequate showing that requiring him or her to appear in person would cause 'extraordinary or otherwise unjustifiable hardship' as required by ADR L.R. 6-10(d). Accordingly, the requests are denied and both parties shall appear in person at the mediation.

    IT IS SO ORDERED.

April 5, 2013     By: _____
Dated                                      Maria-Elena James
                                         United States Magistrate Judge