UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PRESTON D. MARSHALL,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN HUFFMAN, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-1665 SI<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      April 10, 2013<br>Mediator:  William Hebert |

    Mariah Carey is a famous celebrity with a busy schedule and the risk is too great that plaintiff will exploit that schedule for undo advantage. Requiring her to appear tomorrow presents precisely such a risk and she is excused from appearing in person as long as she is available to appear by phone as needed assuming the mediation goes forward tomorrow. Nonetheless, the court orders her to appear for at least one mediation session in person so long as she is given three weeks notice and she need not appear for more than three hours. The mediator should work this out so as to minimize the burden on Ms. Carey. If the mediator wishes to go forward tomorrow with Ms. Carey on telephone standby that is up to the mediator.

    IT IS SO ORDERED.

April 9, 2013                      By:          /s/ William Alsup
Dated

                                                           William Alsup<br>
                                          United States District Judge<br>
                                                         General Duty