IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON D. MARSHALL, | No. C 10-1665 SI |
| Plaintiff, | **ORDER RE: DISCOVERY SCHEDULE** |
| v. | |
| JOHN HUFFMAN IV, *et al.*, | |
| Defendants. | |

Plaintiff has filed an administrative motion to extend by 90 days various discovery and filing deadlines. Defendants object, contending that plaintiff did not meaningfully meet and confer prior to filing the request, and that plaintiff's own conduct has caused any timing difficulties he faces.

The Court finds that plaintiff did not made adequate efforts to meet, confer or discuss with defendants either his timing issues or his further discovery needs. On this basis, the Court will not grant the requested 90 day extensions. The Court does order an approximately 30 day extension for discovery cut-off and expert disclosures, as follows:

| | |
|---|---|
| Discovery cut-off | July 26, 2013 |
| Plaintiff's expert designation | July 26, 2013 |
| Defendants' expert designations | August 26 2013 |
| Plaintiff's expert rebuttal | September 13, 2013 |
| Expert discovery cut-off | October 14, 2013. |

All other dates remain the same, absent further agreement of counsel or court order.

Dated: May 15, 2013

_____
SUSAN ILLSTON
United States District Judge