1 | **DAVID R. OWENS**—CA State Bar No. 180829
   | Email: dowens@owenstarabichi.com
2 | **BRUNO TARABICHI**—CA State Bar No. 215129
   | Email: btarabichi@owenstarabichi.com
3 | **OWENS TARABICHI LLP**
   | 111 N. Market St., Suite 730
4 | San Jose, California 95113
   | Telephone: (408) 298-8200
5 | Facsimile: (408) 521-2203

6 | Attorneys for Plaintiff
7 | Preston D. Marshall

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Susan Illston]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRESTON D. MARSHALL, an individual, | Case No. 3:10-cv-01665-SI |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | Judge: Hon. Susan Illston |
| JOHN HUFFMAN IV, an individual; REAL CONTENT GROUP, LLC, a California limited liability company; CARLOS MCKINNEY, an individual aka Los DaMystro; TERIUS YOUNGDELL NASH, an individual aka THE DREAM; UMG RECORDINGS, INC., a Delaware corporation dba Island Def Jam Music Group; MARIAH CAREY, an individual; and DOES 1-50, inclusive, | |
| Defendants. | |

Plaintiff Preston D. Marshall and Defendant UMG Recordings, Inc. as itself and dba Island Def Jam Music Group hereby stipulate and agree to dismiss all claims asserted in this case by Plaintiff against Defendant UMG Recordings, Inc. as itself and dba Island Def Jam Music Group with prejudice pursuant to Fed. R. Civ. P. 41(a), each party to bear its own costs and attorney's fees.

Date: September 25, 2013  Respectfully Submitted,

/s/
David R. Owens
Bruno W. Tarabichi
Owens Tarabichi LLP

Attorneys for Plaintiff
Preston D. Marshall

Date: September 25, 2013  Respectfully Submitted,

/s/
Julia D. Greer
Coblentz, Patch, Duffy, & Bass LLP

Attorneys for Defendant
UMG Recordings, Inc.