IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PRESTON MARSHALL,

               Plaintiff,

      v.

TERIUS YOUNGDELL NASH, and others,

               Defendants.

Case No.10-cv-01665 SI

**ORDER PERMITTING TELEPHONIC PARTICIPATION IN SETTLEMENT CONFERENCE**

      This order documents the request made by defendant Nash to participate in the settlement conference on January 15 either through an authorized agent or by telephone. The request is opposed by plaintiff, who wishes to move ahead with the conference whether Nash is physically present or not. For good cause shown, Nash's request to participate by telephone is granted. Nash must be available for telephone participation during the hours of 9:30 a.m. to 4:00 p.m. tomorrow. If he would like to send an additional agent to participate in the conference in person, he is welcome to do so. Nash's request to be entirely excused from the conference is denied for lack of good cause shown. Nash is also warned that if further settlement conferences are ordered, his personal attendance may be required. The undersigned Magistrate Judge looks forward to working with the parties and their counsel on settlement.

      IT IS ORDERED.

Date: January 14, 2014

                                                                            NATHANAEL M. COUSINS
                                                                           United States Magistrate Judge

Case No. 10-cv-01665 SI
ORDER RE: SETTLEMENT CONFERENCE